UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NEPHTY CRUZ AND MICHAEL BALLETTO, : Case Number: 07 CIV 6393
as TRUSTEES OF THE DISTRICT 6 : (Judge Lynch)
INTERNATIONAL UNION OF INDUSTRIAL, :
SERVICE, TRANSPORT AND HEALTH :
EMPLOYEES HEALTH PLAN AND THE :
DISTRICT 6 INTERNATIONAL UNION OF :
INDUSTRIAL, SERVICE, TRANSPORT AND : **STIPULATION EXTENDING**
HEALTH EMPLOYEES PENSION PLAN, : **DEFENDANT'S TIME TO MOVE**
: **OR ANSWER THE PLAINTIFFS'**
Plaintiffs, : **COMPLAINT**
:
- against - :
:
TME BUILDING MAINTENANCE, INC., :
:
Defendant. :
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE UNDERSIGNED, the attorneys of record for the Plaintiffs, and the attorneys for the Defendant in the above-entitled action, as follows:

The Defendant TME Building Maintenance, Inc.'s time to answer or move with respect to the Complaint in the above-entitled action is hereby extended from August 20, 2007 to and including September 10, 2007.

Dated: New York, New York
       August 14, 2007

BARNES, IACCARINO, VIRGINIA
AMBINDER & SHEPHERD, PLLC                SNOW BECKER KRAUSS P.C.
Attorneys for Plaintiffs                 Attorneys for Defendant

By: _____              By: _____
    Charles R. Virginia, Esq. (CV 8214)      Leonard W. Wagman, Esq. (LWW 0509)

| | |
|---|---|
| 111 Broadway, Suite 14033<br>New York, New York 10006<br>(212) 943-9080 | 605 Third Avenue, 25th Floor<br>New York, New York 10158<br>(212) 687-3860 |

SO ORDERED:

_____
USDJ