*L. Yneill, J*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

NEPHTY CRUZ AND MICHAEL BALLETTO,
as TRUSTEES OF THE DISTRICT 6
INTERNATIONAL UNION OF INDUSTRIAL,
SERVICE, TRANSPORT AND HEALTH
EMPLOYEES HEALTH PLAN AND THE
DISTRICT 6 INTERNATIONAL UNION OF
INDUSTRIAL, SERVICE, TRANSPORT AND
HEALTH EMPLOYEES PENSION PLAN,

:  Case Number: 07 CIV 6393
:  (Judge Lynch)
:
:
:
:
:
:  **STIPULATION FURTHER EXTENDING**
:  **DEFENDANT'S TIME TO MOVE**
:  **OR ANSWER THE PLAINTIFFS'**
:  **COMPLAINT**

Plaintiffs,

- against -

TME BUILDING MAINTENANCE, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - x



    IT IS HEREBY STIPULATED AND AGREED BY AND BETWEEN THE

UNDERSIGNED, the attorneys of record for the Plaintiffs, and the attorneys for the Defendant in

the above-entitled action, as follows:

    The Defendant TME Building Maintenance, Inc.'s time to answer or move with respect to

the Complaint in the above-entitled action is hereby extended from September 10, 2007, 2007 to

and including September 28, 2007.

Dated: New York, New York
       September 7, 2007


BARNES, IACCARINO, VIRGINIA
AMBINDER & SHEPHERD, PLLC
Attorneys for Plaintiffs

By: _____
    Charles R. Virginia, Esq. (CV 8214)

SNOW BECKER KRAUSS P.C.
Attorneys for Defendant

By: _____
    Leonard W. Wagman, Esq.(LWW 0509)

111 Broadway, Suite 14033
New York, New York 10006
(212) 943-9080

605 Third Avenue, 25th Floor
New York, New York 10158
(212) 687–3860

SO ORDERED:

USDJ

9/4/07

-2-