UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
NEPHTY CRUZ AND MICHAEL BALLETTO, : Case Number: 07 CIV 6393
as TRUSTEES OF THE DISTRICT 6 : (Judge Lynch)
INTERNATIONAL UNION OF INDUSTRIAL, :
SERVICE, TRANSPORT AND HEALTH :
EMPLOYEES HEALTH PLAN AND THE :
DISTRICT 6 INTERNATIONAL UNION OF :
INDUSTRIAL, SERVICE, TRANSPORT AND : **DEFENDANT'S RULE 7.1**
HEALTH EMPLOYEES PENSION PLAN, : **DISCLOSURE STATEMENT**
:
                          Plaintiffs, :
:
     - against - :
:
TME BUILDING MAINTENANCE, INC., :
:
                          Defendant. :
------------------------------------------------x

      Defendant, TME BUILDING MAINTENANCE, INC., by its attorneys, Snow Becker Krauss P.C., as and for its Disclosure pursuant to Rule 7.1 FRCP, does respectfully state that it does not have any parent corporation and that there is no publicly held corporation that owns any of Defendant's stock.

Dated:   New York, New York
           September 28, 2007

Yours, etc.

SNOW BECKER KRAUSS P.C.
Attorneys for Defendant
*TME Building Maintenance, Inc.*

By: _____
    Leonard W. Wagman (LWW 0509)
    Counsel
605 Third Avenue, 25th Floor
New York, New York 10158
(212) 687-3860