UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
NEPHTY CRUZ AND MICHAEL BALLETTO, : Case Number: 07 CIV 6393
as TRUSTEES OF THE DISTRICT 6 : (Judge Lynch)
INTERNATIONAL UNION OF INDUSTRIAL, :
SERVICE, TRANSPORT AND HEALTH :
EMPLOYEES HEALTH PLAN AND THE :
DISTRICT 6 INTERNATIONAL UNION OF :
INDUSTRIAL, SERVICE, TRANSPORT AND :
HEALTH EMPLOYEES PENSION PLAN, :
: **CERTIFICATE OF SERVICE**
Plaintiffs, :
:
- against - :
:
TME BUILDING MAINTENANCE, INC., :
:
Defendant. :
------------------------------------------------x

Leonard W. Wagman, an attorney at law, under penalty of perjury does declare:

I am not a party to this action, am over 18 year of age and reside in Westchester County, New York.

I am of counsel to the law firm of Snow Becker Krauss P.C., 605 Third Avenue, New York, New York 10158-0125 attorneys TME Building Maintenance, Inc.

On September 27, 2007, I caused the service of a true copy of the within Answer and Affirmative Defenses of Defendant to Plaintiffs' Complaint upon plaintiffs' counsel by mailing a copy of said Answer and Affirmative Defenses of Defendant to Plaintiffs' counsel in a sealed, stamped envelope addressed to:

Charles R. Virginia, Esq.
Barnes, Iaccarino, Virginia,
Ambinder & Shephard, PLLC
*Attorneys for Plaintiffs*
111 Broadway - Suite 1403
New York, New York 10006

Dated: New York, New York
September 27, 2007

_____
Leonard W. Wagman (LW 0509)