UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| NEPHTY CRUZ AND MICHAEL BALLETTO, as TRUSTEES OF THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES HEALTH PLAN AND THE DISTRICT 6 INTERNATIONAL UNION OF INDUSTRIAL, SERVICE, TRANSPORT AND HEALTH EMPLOYEES PENSION PLAN, | Case Number: 07 CIV 6393 (Judge Lynch) |
| Plaintiffs, | **JURY DEMAND** |
| - against - | |
| TME BUILDING MAINTENANCE, INC., | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 38(b) FRCP, the Defendant TME Building Maintenance, Inc., demands a trial by jury.

Dated: New York, New York
October 3, 2007

                                        SNOW BECKER KRAUSS P.C
                                        Attorneys for Defendant
                                        *TME Building Maintenance, Inc.*

                                        By: _/s/ Leonard W. Wagman_
                                          Leonard W. Wagman (LWW 0509)
                                        605 Third Avenue, 25th Floor
                                        New York, New York 10158
                                        (212) 687-3860

TO:   Charles R. Virginia, Esq.
        Barnes, Iaccarino, Virginia,
        Ambinder & Shephard, PLLC
        *Attorneys for Plaintiffs*
        111 Broadway - Suite 1403
        New York, New York 10006

        Clerk of the Court