UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
NEPHTY CRUZ AND MICHAEL BALLETTO,          :   Case Number: 07 CIV 6393
as TRUSTEES OF THE DISTRICT 6              :   (Judge Lynch)
INTERNATIONAL UNION OF INDUSTRIAL,         :
SERVICE, TRANSPORT AND HEALTH              :
EMPLOYEES HEALTH PLAN AND THE              :
DISTRICT 6 INTERNATIONAL UNION OF          :
INDUSTRIAL, SERVICE, TRANSPORT AND         :
HEALTH EMPLOYEES PENSION PLAN,             :
                                           :   **CERTIFICATE OF SERVICE**
                          Plaintiffs,      :
                                           :
        - against -                        :
                                           :
TME BUILDING MAINTENANCE, INC.,            :
                                           :
                          Defendant.       :
----------------------------------------x

Leonard W. Wagman, an attorney at law, under penalty of perjury does declare:

I am not a party to this action, am over 18 year of age and reside in Westchester County, New York.

I am of counsel to the law firm of Snow Becker Krauss P.C., 605 Third Avenue, New York, New York 10158-0125 attorneys for defendant TME Building Maintenance, Inc.

On October 3, 2007, I caused the service of a true copy of the within Jury Demand upon plaintiffs' counsel by mailing a copy of said Jury Demand to Plaintiffs' counsel in a sealed, stamped envelope addressed to:

> Charles R. Virginia, Esq.
> Barnes, Iaccarino, Virginia,
> Ambinder & Shephard, PLLC
> *Attorneys for Plaintiffs*
> 111 Broadway - Suite 1403
> New York, New York 10006

Dated: New York, New York
       October 3, 2007

*[signature]*
Leonard W. Wagman (LW 0509)