# Barnes, Iaccarino, Virginia, Ambinder & Shepherd, PLLC

## ATTORNEYS AT LAW

ROY BARNES
RICCARDO IACCARINO
CHARLES R. VIRGINIA**
LLOYD R. AMBINDER**
WENDELL V. SHEPHERD
—————

OF COUNSEL:

MARC A. TENENBAUM^***
ALBERT RODRIGUES
GIACCHINO RUSSO
—————

KARIN ARROSPIDE
DANIELLE M. CARNEY
NICOLE E. COHEN*
DANA L. HENKE^
STEVEN KERN^^
SAMER E. KHALAF**+
LADONNA M. LUSHER
HEIDI MAHER
GILLIAN MCGOEY^^
JAMES E. MURPHY
KELLIE TERESE WALKER
JUDY S. WONG

**TRINITY CENTRE
111 BROADWAY
SUITE 1403
NEW YORK, NEW YORK 10006
TEL (212) 943-9080
FAX (212) 943-9082**

*(Please refer all correspondence
to the New York address)*

258 Saw Mill River Road
Elmsford, New York 10523
Tel  (914) 592-5740
Fax (914) 592-3213

3 Surrey Lane
Hempstead, N.Y. 11550
Tel  (516) 483-2990
Fax (516) 483-0566

5 Mountain Avenue
North Plainfield, N.J. 07060
Tel  (908) 757-2067
Fax (908) 753-2238

\*    Also Admitted in MA
\*\*   Also Admitted in NJ
\*\*\* Also Admitted in OH
^    Also Admitted in DC
^^   Also Admitted in CT
+    Also Admitted in MD

February 22, 2008

*Via ECF*

Hon. Gerard E. Lynch
United States District Court
500 Pearl Street, Room 910
New York, New York 10007

>        Re:    **Cruz, et al. v. TME Building Maintenance, Inc.**
>               **Docket No. 07 Civ. 6393 (GEL)**

Dear Judge Lynch:

We represent the plaintiffs in the above-referenced case.  I write to communicate all parties' joint request that the deadline to complete discovery, which is currently February 25, 2008, be extended until and including May 27, 2008.  There have been no previous requests to extend this deadline.  The reason for this request is to permit the parties to pursue a potential amicable resolution of their dispute.

Attached hereto is a proposed revised Civil Case Management Plan that reflects the extension requested above and a corresponding extension of all subsequent dates set forth in the original Civil Case Management Plan.  Thank you for your consideration of this request.

Hon. Gerard E. Lynch
February 22, 2008
Page 2

Respectfully submitted,

/s/

Marc A. Tenenbaum

Attachment

cc:  Leonard W. Wagman, Esq. (via ECF)