UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
:
NEPHTY CRUZ, et al., :
:
              Plaintiffs, :
: 07 Civ. 6393 (GEL)
  -against- :
: **ORDER**
TME BUILDING MAINTENANCE, :
:
              Defendant. :
------------------------------------------------------x



GERARD E. LYNCH, District Judge:

    Defendant is directed to make full compliance with plaintiffs' outstanding document demands by July 18, 2008. Failure to comply will result in sanctions.

SO ORDERED.

Dated: New York, New York
       July 2, 2008

                                                    GERARD E. LYNCH
                                            United States District Judge