UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
                         :

NEPHTY CRUZ, et al.,                    :

         Plaintiffs,           :

                         :         07 Civ. 6393 (GEL)

   -against-              :

                         :         **ORDER**

TME BUILDING MAINTENANCE, INC.,  :

                         :

         Defendant.        :

                         :
------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

     The parties in the above-captioned action having appeared before this Court on September 18, 2009, for a status conference, it is hereby ORDERED:

    1.     Plaintiffs' motion for summary judgment is due October 30, 2009.

    2.     Defendant's opposition papers are due December 4, 2009.

    3.     Plaintiff's reply brief is due December 18, 2009.

SO ORDERED.

Dated: New York, New York
      September 18, 2009

                               GERARD E. LYNCH
                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/21/09